IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEREMY GODWIN,
    Plaintiff,

vs.                                                          CASE NO.: 5:10cv291/RH/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

---

REPORT AND RECOMMENDATION

This cause was filed by plaintiff, through counsel, on November 10, 2010. Plaintiff has now filed a motion to dismiss complaint (doc. 17) asking for dismissal of his complaint.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss complaint (doc. 17) be granted, that this case be dismissed without prejudice, and the clerk be directed to close the file.

At Pensacola, Florida this 30th day of June, 2011.

                                               /s/ *Charles J. Kahn, Jr.*
                                               CHARLES J. KAHN, JR.
                                               UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).